UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lavonne Cecilia Fehlhaber,

Plaintiff,

ORDER

v.

Civil 01-47 (MJD/ESS)

Sheriff Curt Hauger,

Defendant.

---

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Base upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceeding herein,

IT IS HEREBY ORDERED THAT:

1. Petitioner's Amended Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, (Docket No. 6), be **SUMMARILY DENIED**; and

2. This action be **DISMISSED WITHOUT PREJUDICE**.

Dated: August 29, 2001

Michael J. Davis

MICHAEL J. DAVIS, Judge
United States District Court

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK